[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-10553
Non-Argument Calendar

_____

D.C. Docket No. 1:15-cr-00116-TFM-B

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM LESLIE NEW,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(June 15, 2020)

Before MARTIN, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Patricia Kemp, appointed counsel for William New in this revocation of supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and New's revocation of supervised release and sentence are **AFFIRMED**.